# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **MABEL ESTANISLADA ALVAREZ BENEDICKS AND ROSSEL DONEY REYES MARTINEZ,** ON THEIR OWN BEHALF, AS HEIRS, AND AS LEGAL REPRESENTATIVES OF THE ESTATE OF ANADITH DANAY REYES ALVAREZ, <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> **Defendant.** | CIVIL ACTION No. 1:26-cv-2966 <br><br> **MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Elizabeth B. Hadaway, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs, Mabel Estanislada Alvarez Benedicks and Rossel Doney Reyes Martinez ("Plaintiffs"), on their own behalf, as beneficiaries and heirs of their daughter, Anadith Danay Reyes Alvarez, in the above-captioned action.

I am an active member in good standing of the bar of the State of Texas and State of California. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I

have attached my declaration pursuant to Local Rule 1.3, as well as certificates of

good standing as Exhibit A and Exhibit B.

Dated: April 15, 2026                    Respectfully submitted,

<u>/s/ Elizabeth B. Hadaway</u>
Elizabeth Hadaway
Texas State Bar No. 24109962
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
ehadaway@susmangodfrey.com

*Counsel for Plaintiffs*

2