# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

MABEL ESTANISLADA ALVAREZ
BENEDICKS AND ROSSEL DONEY
REYES MARTINEZ, ON THEIR
OWN BEHALF, AS HEIRS, AND AS
LEGAL REPRESENTATIVES OF
THE ESTATE OF ANADITH
DANAY REYES ALVAREZ,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 1:26-cv-2966

**MOTION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Shawn L. Raymond, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs Mabel Estanislada Alvarez Benedicks and Rossel Doney Reyes Martinez, on behalf of themselves and all others similarly situated, in the above-captioned action.

I am an active member in good standing of the State bar of Texas and the State Bar of Arkansas There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3, as well as a certificate of good standing from the State bar of Texas and the State Bar of Arkansas.

**Dated: April 17, 2026**                    Respectfully submitted,

/s/ *Shawn L. Raymond*
Shawn Raymond
Texas State Bar No. 24009236
Arkansas Bar No. AR2018005
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
sraymond@susmangodfrey.com