**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Mabel Estanislada Alvarez
Benedicks, et al        Plaintiff,

-against-

_____ 26- Civ. __02966___ ( _AT_ )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

United States of America        Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Kassandra Gonzalez_____hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

___Plaintiffs_____in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of ___Texas_____and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:    April 20 , 2026        Respectfully Submitted,

Kassandra Gonzalez
_____

Applicant Signature: _Kassandra Gonzalez_____

Applicant's Name:__Kassandra Gonzalez_____

Firm Name: Texas Civil Rights Project_____

Address:___1405 Montopolis Drive_____

City/State/Zip:___Austin, TX 78741_____

Telephone/Fax:__(512) 474-5073 ext. 182 / (512) 474-0726_

Email:___kassandra@texascivilrightsproject.org___