**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Mabel Estanislada Alvarez
Benedicks, et al          Plaintiff,

-against-

United States of America      Defendant.

_____ 26- Civ. __02966__ ( __AT__ )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Kassandra Gonzalez__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

__Plaintiffs__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Texas__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:    April 20 , 2026        Respectfully Submitted,

Kassandra Gonzalez

Applicant Signature: _Kassandra Gonzalez_

Applicant's Name: __Kassandra Gonzalez__

Firm Name: _Texas Civil Rights Project_

Address: __1405 Montopolis Drive__

City/State/Zip: __Austin, TX 78741__

Telephone/Fax: __(512) 474-5073 ext. 182 / (512) 474-0726__

Email: __kassandra@texascivilrightsproject.org__