UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MABEL ESTANISLADA ALVAREZ BENEDICKS AND ROSSEL DONEY REYES MARTINEZ, ON THEIR OWN BEHALF, AS HEIRS, AND AS LEGAL REPRESENTATIVES OF THE ESTATE OF ANADITH DANAY REYES ALVAREZ,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION No. 1:26-cv-2966<br><br>**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE OF NEAL S. MANNE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Neal S. Manne, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Mabel Estanislada Alvarez Benedicks and Rossel Doney Reyes Martinez ("Plaintiffs"), on their own behalf, as beneficiaries and heirs of their daughter, Anadith Danay Reyes Alvarez, in the above-captioned action.

I am in good standing of the State Bar of Texas, State Bar of Arkansas, State Bar of California and State Bar of Wyoming and there are no pending disciplinary actions against me in any state or federal court. I have never been convicted of a

felony. I have never been censured, suspended, disbarred or denied admission or

readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 20, 2026                    Respectfully submitted,

                                         /s/ Neal S. Manne
                                         Neal S. Manne
                                         nmanne@susmangodfrey.com
                                         Susman Godfrey LLP
                                         1000 Louisiana St., Suite 5100
                                         Houston, Texas 77002
                                         Telephone: 713-651-9366
                                         Facsimile: 713-654-6666