**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MABEL ESTANISLADA ALVAREZ BENEDICKS AND ROSSEL DONEY REYES MARTINEZ,** ON THEIR OWN BEHALF, AS HEIRS, AND AS LEGAL REPRESENTATIVES OF THE ESTATE OF ANADITH DANAY REYES ALVAREZ, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Defendant. | **CIVIL ACTION NO. 1:26-cv-2966** |

## <u>MOTION FOR ADMISSION *PRO HAC VICE* KATHERINE M. PEASLEE</u>

Pursuant to Rule 1.3(c) of the Local Rules of the United States Court for the Southern District and Eastern District of New York, I, Katherine M. Peaslee, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs Mabel Estanislada Alvarez Benedicks and Rossel Doney Reyes Martinez, on their own behalf, as heirs, and as legal representatives of the Estate of Anadith Danay Reyes Alvarez.

I am an active member in good standing of the State Bars of Washington and California (see Exhibit A). There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rules 1.3 and 1.9.

Dated:  April 21, 2026

Respectfully submitted,

*/s/ Katherine M. Peaslee*
Katherine M. Peaslee

1

Susman Godfrey L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: 206-516-3880
Fax: 206-516-3883
kpeaslee@susmangodfrey.com

*Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, that I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record.

/s/ Katherine M. Peaslee
Katherine M. Peaslee

3