AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Mabel Estanislada Alvarez Benedicks and Rossel Doney Reyes
Martinez, on their own behalf, as heirs, and as Legal Representatives
of The Estate of Anadith Danay Reyes Alvarez

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-02966-AT |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:        The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Mabel Estanislada Alvarez Benedicks and Rossel Doney Reyes Martinez, on their own behalf, as heirs, and as legal representatives of the Estate of Anadith Danay Reyes Alvarez        .

Date:        04/28/2026

/s/ Stephen Shackelford Jr.
*Attorney's signature*

Stephen Shackelford, Jr. - NYSB # 5393657
*Printed name and bar number*

Susman Godfrey L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001

*Address*

sshackelford@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*