**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Mabel Estanislada Alvarez    Plaintiff,
Benedicks, et al
      -against-

      26- Civ. _02966_ ( AT )

**MOTION FOR ADMISSION**

**PRO HAC VICE**

United States of America    Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, ___Alana Park_____hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

_Plaintiffs_____in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of ___Texas_____and

there are no pending disciplinary proceedings against me in any state or federal court. I have

never been convicted of a felony. I have never been censured, suspended, disbarred or denied

admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  April 29, 2026          Respectfully Submitted,

                       Alana Park

                   Applicant Signature: _____

                   Applicant's Name:_Alana Park_____

                   Firm Name:_Texas Civil Rights Project_____

                   Address:___P.O. Box 17757_____

                   City/State/Zip:_Austin, TX 78760_____

                   Telephone/Fax:_(512) 474-5073_____

                   Email:_alana@texascivilrightsproject.org_____