**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Mabel Estanislada
Alvarez Benedicks, et al          Plaintiff,

-against-

             __26-_ Civ. _02966_____ (_AT_ )

          **MOTION FOR ADMISSION**

          **PRO HAC VICE**

United States of America

       Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Kate Gibson Kumar_____hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

__Plaintiffs_____in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Texas_____and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: April 29, 2026    Respectfully Submitted,

         __Kate Gibson Kumar_____

         Applicant Signature:__KROJR_____

         Applicant's Name:__Kate Gibson Kumar_____

         Firm Name:__Texas Civil Rights Project_____

         Address:__P.O. Box 17757_____

         City/State/Zip:__Austin, TX 78760_____

         Telephone/Fax: (512) 474-5073 ext. 225_____

         Email:__kate@texascivilrightsproject.org_____