**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MABEL ESTANISLADA ALVAREZ BENEDICKS AND ROSSEL DONEY REYES MARTINEZ,** ON THEIR OWN BEHALF, AS HEIRS, AND AS LEGAL REPRESENTATIVES OF THE ESTATE OF ANADITH DANAY REYES ALVAREZ, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA,** <br><br> Defendant. | **CIVIL ACTION NO. 1:26-cv-2966** |

**PROOF OF SERVICE**

**of**

**Summons, Complaint, and other Materials**

On April 29, 2026, the undersigned served true and correct copies of the summons, complaint, civil cover sheet, initial pretrial scheduling docket-only order, and a copy of the individual practices of Judge Torres on the United States on the Attorney General, U.S. Department of Justice by U.S. Postal Service Certified Mail. The return receipt, PS Form 3811 ("green card") and print out of the delivered confirmation, Attachment A, is attached as proof of service on the Attorney General.

Dated: May 11, 2026

Respectfully submitted,

**SUSMAN GODFREY L.L.P.**

/s/ *Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.
New York State Bar No. 5393657

1

SDNY No. SS3310
Gloria Park
New York State Bar No. 5477047
SDNY No. GP0913
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
sshackelford@susmangodfrey.com
gpark@susmangodfrey.com

Neal Manne
Texas State Bar No. 12937980
Shawn Raymond
Texas State Bar No. 24009236
Elizabeth Hadaway
Texas State Bar No. 24109962
Armando Lozano
New York State Bar No. 5749833
Texas State Bar No. 24120467
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
sraymond@susmangodfrey.com
ehadaway@susmangodfrey.com
alozano@susmangodfrey.com

Katherine M. Peaslee
Washington State Bar No. 52881
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs Mabel Estanislada Alvarez Benedicks and Rossel Doney Reyes Martinez*

2