| Attorney or Party without Attorney:<br>Gloria Park, Esq. ()<br>Susman Godfrey LLP<br>1 Manhattan West<br>New York, NY 10019<br>    Telephone No:    212-336-8330<br><br>    Attorney For:    Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>018825 | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York | | |
| Plaintiff:    MABEL ESTANISLADA ALVAREZ BENEDICKS, et al.<br>Defendant:    UNITED STATES OF AMERICA | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:26-cv-02966 |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; INDIVIDUAL PRACTICES IN CIVIL CASES ANALISA TORRES, UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK; INITIAL PRETRIAL SCHEDULING ORDER

3.  *a.*  Party served:    UNITED STATES OF AMERICA
    *b.*  Person served:    Osrich Gordon, Employee, Authorized to Accept Service , Black , Male , Age: 36-50 , Hair: Bald , Height: 6' , Weight: 200+

4.  Address where the party was served:    86 Chambers Street, New York, NY 10007

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Apr 22 2026 (2) at: 04:27 PM

6.  **Person Who Served Papers:**
    a. Raed Ibrahim (1326602-DCA)
    b. FIRST LEGAL
        2920 N. GREEN VALLEY PARKWAY, SUITE 514
        HENDERSON, NV 89014
    c. (888) 599-5039

    d. *The Fee* for Service was:

7.  *I declare under penalty of perjury that the foregoing is true and correct.*

04/27/2026
*(Date)*

*(Signature)*



**PROOF OF
SERVICE**

*15700122
(424700)*