USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/2026

**UNITED STATES DISTRICT COU**
**FOR THE SOUTHERN DISTRICT OF NE**

| | | |
|---|---|---|
| **MABEL ESTANISLADA ALVAREZ BENEDICKS AND ROSSEL DONEY REYES MARTINEZ,** ON THEIR OWN BEHALF, AS HEIRS, AND AS LEGAL REPRESENTATIVES OF THE ESTATE OF ANADITH DANAY REYES ALVAREZ, | § | |
| **Plaintiffs,** | § | 1:26-cv-2966 (AT) |
| **v.** | § | **ORDER** |
| **UNITED STATES OF AMERICA; LOYAL SOURCE GOVERNMENT SERVICES, LLC,** | § | |
| **Defendants.** | § | |

Before the Court is the parties' joint letter motion requesting modification of the Case Management Plan with the following dates. Upon consideration of the letter, and for good cause shown, it is **ORDERED** that the following deadlines are adjusted as follows:

| **Event** | **New Deadline** |
|---|---|
| 1. Initial Disclosures (Rule 26(a)(1)) | November 16, 2026 |
| 2. Motion to Amend Pleadings / Join Additional Parties | December 2, 2026 |
| 3. Initial Requests for Production of Documents | December 2, 2026 |
| 4. Interrogatories to be Served | December 2, 2026 |
| 5. Requests to Admit to be Served | February 1, 2027 |
| 6. Depositions to be Completed | April 1, 2027 |
| 7. Parties to Meet and Confer on Expert Discovery Schedule (30 days before close of fact discovery) | March 8, 2027 |

| | |
|---|---|
| 8. Close of All Fact Discovery | April 8, 2027 |
| 9. Pre-Motion Conference Request for Summary Judgment (14 days after close of fact discovery) | April 22, 2027 |
| 10. Settlement Discussion (face-to-face meeting within 14 days of close of fact discovery) | April 22, 2027 |
| 11. Close of All Expert Discovery | June 11, 2027 |
| 12. Motions in Limine (after close of discovery, before Final Pretrial Submission Date) | June 21, 2027 |
| 13. Final Pretrial Submission Date (Joint Pretrial Order, proposed jury instructions, verdict form, or proposed findings of fact/conclusions of law) | July 12, 2027 |
| 14. Joint Status Report | **April 16, 2027** |
| 15. Next Case Management Conference | **April 26, 2027 at 10:00 a.m.** |

SO ORDERED.

Dated: September 21, 2026
New York, New York

Hon. Analisa Torres
UNITED STATES DISTRICT JUDGE