USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MABEL ESTANISLADA ALVAREZ BENEDICKS AND ROSSEL DONEY REYES MARTINEZ, ON THEIR OWN BEHALF, AS HEIRS, AND AS LEGAL REPRESENTATIVES OF THE ESTATE OF ANADITH DANAY REYES ALVAREZ,

Plaintiffs,

-against-

UNITED STATES OF AMERICA; LOYAL SOURCE GOVERNMENT SERVICES, LLC,

Defendants.

26 Civ. 2966 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant Loyal Source Government Services, LLC's ("Loyal Source") letter motion dated October 30, 2026. *See* ECF No. 72; *see also* Opp., ECF No. 74. The letter motion is GRANTED. Loyal Source may supplement its forthcoming motion to dismiss with a challenge to venue under Rule 12(b)(3). Subject to the same briefing schedule, Loyal Source may move for reconsideration of the Court's October 29, 2026 denial of Loyal Source's motion to transfer venue pursuant to 28 U.S.C § 1404(a).

SO ORDERED.

Dated: November 17, 2026
New York, New York

ANALISA TORRES
United States District Judge